

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Keith Smith v. The State of Texas

Appellate case number:   01-19-00442-CR

Trial court case number:  1529312

Trial court:           339th District Court of Harris County

      Appellant's motion for rehearing is **denied**.

      It is so ORDERED.

Judge's signature: <u>Richard Hightower</u>
                    Acting for the Court

Panel consists of Chief Justice Radack and Justices Hightower and Adams.

Date:  <u>December 22, 2020</u>